**SEALED**

BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**

AUG 31 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:<br>33499 Road 600, Raymond, Madera County, CA. APN 053-230-019. | CASE NO. 1:12 SW 00241 SKO<br><br>ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |
|---|---|

The United States of America hereby applies to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of a search warrant in this matter pursuant to duly authorized search warrants, and good cause appearing therefor,

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample aggregate portion of the whole amount is retained for chemical testing.

Dated: August 31, 2012

_____
U.S. Magistrate Judge

Order for Destruction

1